IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAREE M. SWEITZER, | ) |
| Plaintiff | ) ) ) |
| vs. | )   No. 05-4024-JPG ) |
| FRED BERNSTEIN and COMMUNITY HEALTH & EMERGENCY SERVICES, INC., | ) ) ) ) |
| Defendants | ) |

## JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NORBERT JAWORSKI**

**Dated: September 8, 2005**    by:s/Deborah Agans, Deputy Clerk


**Approved:**  s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**